UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                          No.  05 CR 620-LTS

MIGUEL ANGEL SERRANO,

        Defendant.

--------------------------------------------------------x

## Order

Miguel Angel Serrano ("Defendant") was sentenced principally to a 70-month term of imprisonment for conspiracy to distribute cocaine on November 9, 2007.  During his subsequent 5-year term of supervised release, the Court issued a warrant in connection with outstanding charges for his violation of his supervised release.  On January 2, 2019, the Court received a letter from Defendant stating that he was incarcerated in Massachusetts and wished to be brought to this district to resolve his "open probation."  (Docket Entry No. 77.)  On January 25, 2019, the Court issued an order noting that Defendant would be brought to this Court to address the charges upon completing his custodial sentence in Massachusetts.  (Docket entry no. 79.)

The Court understands that Mr. Serrano was recently released from custody in Massachusetts and that he is now in the custody of the U.S. Marshals in connection with the charges pending in this Court.  The Government, in consultation with the U.S. Probation Office, has requested that the Violation of Supervised Release Specifications and warrant against Defendant be dismissed.

The request is granted and the specifications and warrant are dismissed. Defendant is ordered to be released from the custody of the U.S. Marshals. The United States Attorney's Office is directed to provide a copy of this order to the U.S. Marshals Service immediately.

SO ORDERED.

Dated: New York, New York
November 9, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge